GRAMATAN NATIONAL BANK AND TRUST COMPANY OF BRONXVILLE, Appellant, *v.* FLORENCE M. SMITH et al., Respondents.

Argued June 4, 1937; decided July 13, 1937.

*William L. Rumsey* for appellant.

*Monroe J. Cahn* and *Alfred S. Schechter* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.